# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** 8:22-cr-264-WFJ-AAS | | **DATE:** March 25, 2024 | |
| **HONORABLE WILLIAM F. JUNG** | | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAVIER CRISTO NEYRA** | | **GOVERNMENT COUNSEL**<br>Maria Guzman, AUSA | |
| | | **DEFENSE COUNSEL**<br>Richard Escobar, Retained | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Javaris Gooding-Butts |
| **TIME:** 10:54 AM - 12:00 PM; 12: 58 PM – 1:57 PM<br>**TOTAL:** 2 Hours 8 Minutes | | **COURTROOM:** | 15B |
| | | **PROBATION:** | Michelle Feliciano |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING

Court in session.

Counsel identified for the record.

Defendant sworn.

The Court addressed the PSR.

Objections made by the Defense and arguments presented by the Defense.

Defense Witness Javier Cristo Neyra.
Direct Examination by Richard Escobar, Retained.
Cross Examination by Maria Guzman, AUSA.
Redirect Examination by Richard Escobar, Retained.

The Government addressed the Court.

Counsel for the Defendant addressed the Court.

Defense counsel recalled the Defendant for testimony.
Direct Examination by Richard Escobar, Retained.
Cross Examination by Maria Guzman, AUSA.

Redirect Examination by Richard Escobar, Retained.

Defense Witness Det. Jason Herron.
Direct Examination by Richard Escobar, Retained.

Court in recess to continue at 1:00 PM

Court in session at 12:58 PM

Continued Direct Examination by Richard Escobar, Retained.
Cross Examination by Maria Guzman, AUSA.
Redirect Examination by Richard Escobar, Retained.
Witness Excused.

Defense Witness Harry Kayian.
Direct Examination by Richard Escobar, Retained.
Cross Examination by Maria Guzman, AUSA.
Witness Excused.

Defense Witness Det. Daniel DeGrace
Direct Examination by Richard Escobar, Retained.
Witness Excused.

The Defendant addressed the Court.

Defendant is adjudged guilty on Count One of the Indictment.

Imprisonment:  **THIRTY (30) MONTHS**.

The Court makes the following recommendations to the Bureau of Prisons:

- Lowest possible custody level.
- Defendant be incarcerated at the closest correctional facility to home which is FCC Coleman as a first choice and FCC Pensacola as a second choice.

Supervised Release: **FIVE (5) YEARS**.

Fine is waived.

Special Assessment: **$100.00** to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate as directed in a program approved by the probation officer for treatment of **narcotic addiction or drug or alcohol dependency** which may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on the ability to pay or availability of third-party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

- The Defendant shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition. Failure to submit to a search may be grounds for revocation.

The Defendant must refrain from any unlawful use of a controlled substance. The Defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the probation officer. The Defendant must submit to random drug testing not to exceed 104 tests per year.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

The Defendant is ORDERED to self-surrender to the United States Marshal.

Count Two is dismissed in accordance to the Plea Agreement.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 25 |
| Criminal History Category: | I |
| Imprisonment Range | 60-71 months |
| Supervised Release Range | 4-5 years |
| Restitution: | N/A |
| Fine Range | $20,000.00 - $5,000,000.00 |
| Special Assessment | $100.00 |